O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG - 6 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY GOODRICH,<br><br>                Petitioner,<br><br>   vs.<br><br>GEORGE NEOTTI, Warden,<br><br>                Respondent. | Case No. CV 10-1043-JFW (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a *de novo* determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

      IT THEREFORE IS ORDERED that (1) respondent's Motion to Dismiss is granted; and (2) Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 8/4/10

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE