UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY GOODRICH,<br><br>             Petitioner,<br><br>vs.<br><br>GEORGE NEOTTI, Warden,<br><br>             Respondent. | Case No.  CV 10-1043-JFW (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: _____8/4/10_____

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE